IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY JAMAR BROWN,  )<br>  )<br>  Petitioner,  )<br>  )<br>  vs.  )<br>  )<br>SCOTT KERNAN, Warden,  )<br>  )<br>  Respondent.  )<br>_____ ) | No. C 10-00301 JF (PR)<br><br>ORDER OF DISMISSAL |

  Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state conviction. Petitioner has paid the filing fee. Petitioner filed a previous petition for a writ of habeas corpus with this Court, Case No. C 06-04194 JF (PR), which was denied on the merits on July 9, 2009. The instant petition is therefore the second filed by Petitioner challenging the same conviction and sentence.

  A district court must dismiss claims presented in a second or successive habeas petition challenging the same conviction and sentence unless the claims presented in the previous petition were denied for failure to exhaust. <u>See</u> 28 U.S.C. § 2244(b)(1); <u>Babbitt v. Woodford</u>, 177 F.3d 744, 745-46 (9th Cir. 1999). Additionally, a district court must dismiss any new claims raised in a successive

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.10\Brown00301_dism-succ.wpd

petition unless the petitioner received an order from the court of appeals authorizing the district court to consider the petition. See 28 U.S.C. § 2244(b)(2).

Here, the instant petition challenges the same sentence as the previous petition and petitioner has not presented an order from the Ninth Circuit Court of Appeals authorizing this Court to consider any new claims. See 28 U.S.C. § 2244(b)(3)(A). Petitioner's first petition was adjudicated on the merits in this Court's order denying the petition on July 9, 2009. Accordingly, this Court must dismiss the instant petition in its entirety.

The instant petition is DISMISSED as a second and successive petition pursuant to § 2244 (b)(1).

IT IS SO ORDERED.

DATED: 4/22/10

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.10\Brown00301_dism-succ.wpd      2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TRACY J. BROWN,

        Petitioner,

  v.

SCOTT KERNAN, Warden,

        Respondent.

Case Number: CV10-00301 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/30/10, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tracy Jamar Brown T-86155
California State Prison - Corcoran
P.O. Box 3461
Corcoran, CA 93212

Dated: 4/30/10

                                              Richard W. Wieking, Clerk